■ ROGER CHAMPEN et al., Appellants, v. NELSON ROCKEFELLER, as Governor of the State of New York, et al., Respondents.— Judgment unanimously affirmed, without costs. Memorandum: In this article 78 proceeding petitioners seek removal of the special prosecutor appointed to conduct a Grand Jury investigation of the 1971 Attica prisoner uprising. They have neither made a showing of private injury to themselves sufficient to give them standing to bring this proceeding (*Matter of Donohue* v. *Cornelius*, 17 N Y 2d 390; *St. Clair* v. *Yonkers Raceway*, 13 N Y 2d 72; *Schieffelin* v. *Komfort*, 212 N. Y. 520) nor presented a question of such broad public interest as to allow them to bring this proceeding on behalf of the taxpayers and citizens of the State. (*Matter of Adirondack League Club* v. *Board of Black Riv. Regulating Dist.*,

301 N. Y. 219; *People ex rel. Pumpyansky* v. *Keating,* 168 N. Y. 390.) (Appeal from judgment of Wyoming Special Term dismissing petition in article 78 proceeding.) Present — Del Vecchio, J. P., Witmer, Moule and Henry, JJ.